IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.,

     Petitioner,               No. CIV S-08-2315 KJM P

    vs.

M. MARTEL,

     Respondent.          ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

       The court requires all petitions for writ of habeas corpus be filed on the proper form provided by this court.  Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition.  See Rule 2(c), Rules Governing § 2254 Cases.

       Petitioner is hereby notified that in order for this court to review his application, he must refile his petition on the proper form.  Furthermore, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

/////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Petitioner's application for writ of habeas corpus is dismissed with leave to

3    amend within thirty days from the date of this order;

4    2. Any amended petition must be filed on the form employed by this court and

5    must state all claims and prayers for relief on the form.  It must bear the case number assigned to

6    this action and must bear the title "Amended Petition;"

7    3. The Clerk of the Court is directed to send petitioner the form for habeas corpus

8    application; and

9    4. Petitioner's failure to comply with this order will result in this matter being

10   dismissed.

11   DATED:  February 23, 2009.

12

13   _____
     U.S. MAGISTRATE JUDGE

14   1
     will2315.115

15

16

17

18

19

20

21

22

23

24

25

26