1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ABE WILLIAMS, JR.,

11              Petitioner,                    No. CIV S-08-2315 KJM P

12        vs.

13   M. MARTEL,

14              Respondent.                    ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18              Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondent will be directed to file a response to petitioner's

20   application.

21              In accordance with the above, IT IS HEREBY ORDERED that:

22              1.  Respondent is directed to file a response to petitioner's March 24, 2009

23   amended application for writ of habeas corpus within sixty days from the date of this order.  See

24   Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all

25   transcripts or other documents relevant to the determination of the issues presented in the

26   application.  See Rule 5, Fed. R. Governing § 2254 Cases;

1

1    2. Petitioner's reply, if any, shall be filed and served within thirty days of service

2    of an answer;

3    3. If the response to petitioner's application is a motion, petitioner's opposition

4    or statement of non-opposition shall be filed and served within thirty days of service of the

5    motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

6    4. The Clerk of the Court shall serve a copy of this order, **the**

7    **consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this**

8    **court**, and a copy of petitioner's March 24, 2009 amend application for a writ of habeas corpus

9    pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

10   DATED: April 27, 2009.

12   U.S. MAGISTRATE JUDGE

13   1
     will2315.100(3.24.09)