IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABE WILLIAMS, JR.,

    Petitioner,                                  No. CIV S-08-2315 GEB KJM P

    vs.

M. MARTEL,

    Respondent.                              ORDER

_____ /

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 16, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Respondent has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo  review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 16, 2009, are adopted in full;

2. Respondent's motion to dismiss (#27) is denied; and

3. Respondent is ordered to file his answer within forty-five days of any order denying the motion to dismiss.

Dated: January 29, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge