UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| ABE WILLIAMS, JR., <br><br> Petitioner <br><br> v. <br><br> WILLIAM KNIPP, <br><br> Respondent | CV 08-02315 TJH <br><br> ORDER RE: CERTIFICATE <br> OF APPEALABILITY |
|---|---|

On October 30, 2012, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253, The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☑ The Certificate of Appealability is **Granted**. The specific issue(s) satisfy 28 U.S.C. § 2253(c)(2) as follows:

(1) Whether Petitioner's constitutional rights were violated when this Court denied Petitioner's current credit denial claim without granting an evidentiary hearing.

(2) Whether Petitioner's constitutional rights were violated when this Court applied the Antiterrorism and Effective Death Penalty Act of 1996 to Petitioner's claims.

☐ The Certificate of Appealability is **Denied** for the following reason(s):
　☐ There has been no substantial showing of the denial of a constitutional right.
　☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
　☐ The appeal seeks to test the validity of the detention pending removal proceedings.

February 2, 2015

*Terry J. Hatter, Jr.*
United States District Judge